UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                 Plaintiff,

              - against -

JUAN CASTILLO, Individually and as officer,
director, shareholder and/or principal of 37th Ave.
Rest. Corp. d/b/a Alberto Restaurant and 37th AVE.
REST. CORP. d/b/a ALBERTO RESTAURANT,

                 Defendants.
-----------------------------------------------------------X

**ORDER**

05 CV 2953 (RJD) (SMG)

DEARIE, District Judge.

In September 2005, a default judgment was entered against defendants. The Court referred the matter to Magistrate Judge Steven M. Gold for a Report and Recommendation on damages. Magistrate Judge Gold issued his Report and Recommendation on April 11, 2006, and no objections have been filed.

The Court adopts Magistrate Judge Gold's Recommendation in all respects without qualification that default judgments be entered against the defaulting defendants, jointly and severally, in the total amount of $13,775, composed of $11,400 in statutory damages and $2,375 in fees and costs. Further, as recommended by Judge Gold, plaintiff's request for a permanent injunction is denied.

SO ORDERED.

Dated: Brooklyn, New York
        May __, 2006

                                           RAYMOND J. DEARIE
                                           United States District Judge