FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 19 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 2953 (RJD)
　　　　　　　　Plaintiff,

　　　-against-

JUAN CASTILLO, Individually and as officer,
director, shareholder and/or principal of 37th Ave.
Rest. Corp. d/b/a Alberto Restaurant and 37th AVE.
REST CORP. d/b/a ALBERTO RESTAURANT,

　　　　　　　　Defendants.
----------------------------------------------------------------X

　　　An Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on May 11, 2006, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated April 11, 2006; and directing the Clerk of Court to enter a default judgment against the defendants, Juan Castillo, Individually and as officer, director, shareholder, and/or principal of 37th Ave. Rest. Corp. d/b/a Alberto Restaurant and 37th AVE. REST CORP. d/b/a ALBERTO RESTAURANT, jointly and severally, in the total amount of $13,775.00, composed of $11,400.00 in statutory damages and $2,375.00 in fees and costs; and denying plaintiff's request for a permanent injunction; it is

JUDGMENT
05-CV- 2953 (RJD)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., and against defendants, Juan Castillo, Individually and as officer, director, shareholder and/or principal of 37th Ave. Rest. Corp. d/b/a Alberto Restaurant an d37th AVE. REST CORP. d/b/a ALBERTO RESTAURANT, jointly and severally, in the total amount of $13,775.00, composed of $11,400.00 in statutory damages and $2,375.00 in fees and costs; and that plaintiff's request for a permanent injunction is denied.

Dated: Brooklyn, New York
     May 12, 2006

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court